489 U. S. 346;
489 U. S. 705;
488 U. S. 1011;
489 U. S. 1079;
489 U. S. 1079;
489 U. S. 1096;
ante, p. 1005;
489 U. S. 1082;
488 U. S. 1044;
*1077 No. 88-5961.
No. 88-6096.
No. 88-6126.
No. 88-6247.
No. 88-6393.
No. 88-6401.
No. 88-6420.
No. 88-6464.
No. 88-6503.
No. 88-6558.
No. 88-6575.
No. 88-6647.
No. 88-6652.
No. 88-6672.
No. 88-6710.
No. 88-6746.
No. 88-6780.
489 U. S. 1091;
489 U. S. 1084;
489 U. S. 1084;
489 U. S. 1030;
489 U. S. 1091;
ante, p. 1008;
489 U. S. 1086;
489 U. S. 1087;
489 U. S. 1098;
489 U. S. 1088;
ante, p. 1009;
489 U. S. 1099;
489 U. S. 1100;
ante, p. 1010;
ante, p. 1010;
ante, p. 1027;
ante, p. 1011.
Petitions for rehearing denied.